# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-3524

_____

United States of America

*Plaintiff - Appellee*

v.

Anthony Jackson, Jr.

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: March 10, 2023
Filed: March 15, 2023
[Unpublished]

_____

Before BENTON, SHEPHERD, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Anthony Jackson, Jr. appeals after the district court[1] revoked his supervised release and sentenced him to 24 months in prison. His counsel has moved for leave to withdraw, and has filed a brief challenging the sentence.

After careful review of the record, we conclude that the district court did not abuse its discretion in sentencing Jackson, see United States v. Miller, 557 F.3d 910, 915-18 (8th Cir. 2009) (substantive reasonableness of revocation sentence is reviewed under deferential abuse-of-discretion standard); see also United States v. Perkins, 526 F.3d 1107, 1110 (8th Cir. 2008) (district court need not make specific findings on § 3553(a) factors; all that is generally required to satisfy appellate court is evidence that court was aware of relevant factors); and the sentence was within the advisory Guidelines range, and below the statutory limit, see 18 U.S.C. § 3583(e)(3) (maximum revocation prison term is 2 years if underlying offense is Class C felony); Perkins, 526 F.3d at 1110 (revocation sentence within Guidelines range is accorded presumption of reasonableness on appeal).

Accordingly, we grant counsel's motion to withdraw, and affirm.

_____

[1]The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.